■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL VARIO, SR., Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered February 27, 1976, convicting him of rewarding official misconduct and conspiracy in the third degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and indictment dismissed. Appellant and a codefendant, Clyde Brooks, were convicted of having conspired to reward official misconduct, and of the substantive crime itself. The charges arise out of a payment by Brooks to an undercover police officer to secure confidential information as to illegal gambling locations. Appellant's conviction cannot stand. The record contains no evidence of any payment or offer of payment for such information by appellant. Nor is there any evidence of an agreement between appellant and Brooks to make such a payment. Rather, the only proof in the record is that Brooks paid the police officer for the gambling information and that the information was subsequently passed on to appellant. The circumstantial evidence proffered is insufficient, for it is not inconsistent with appellant's innocence of the crimes charged. Cohalan, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.

■     THE PEOPLE OF THE STATE OF NEW YORK ex rel. GAITHER NORRIS, Appellant, v VITO TERNULLO, as Superintendent, Fishkill Correctional Facility, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated January 22, 1976, which dismissed the petition. Judgment affirmed, without costs or disbursements (cf. *Solari v Vincent,* 38 NY2d 835). We have considered appellant's contention that he is being denied parole because of his status as a mental patient and find it to be without merit. Rabin, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.

## (February 25, 1977)

■     SUSAN MCGUIRE et al., Appellants, v ARTHUR ACKERSON et al., Constituting the Board of Elections of the County of Rockland, et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel the respondent Commissioners of Election to conduct an investigation as to the qualifications of certain persons in accordance with the provisions of section 390 of the Election Law, the appeal is from a judgment of the Supreme Court, Rockland County, dated January 12, 1977, which, after a hearing, denied the petition and dismissed the proceeding. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice Silberman at Special Term. Hopkins, Acting P. J., Latham, Damiani and Rabin, JJ., concur.